## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| MARY A. ALBIA,<br><br>　　　　　Plaintiff,<br>v.<br><br>FIRSTCOLLECT, INC.,<br><br>　　　　　Defendants. | **CASE NO.: 1:16-cv-1048** |

## **NOTICE OF DISMISSAL**

PLEASE TAKE NOTICE that the above captioned action is hereby dismissed with prejudice.

　　　　　　　　　　　　　　　THE LAW OFFICE OF
　　　　　　　　　　　　　　　　WILLIAM F. JAWORSKI

　　　　　　　　　　　　　　　By:/s/ William F Jaworski Jr (ID3103)
　　　　　　　　　　　　　　　　WILLIAM F. JAWORSKI, JR.
　　　　　　　　　　　　　　　　Delaware Bar ID: 3103
　　　　　　　　　　　　　　　　1274 S. Governors Avenue
　　　　　　　　　　　　　　　　Dover, Delaware 19904
　　　　　　　　　　　　　　　　(302) 730-8511
　　　　　　　　　　　　　　　　Attorney for Plaintiff

DATED:  10/05/17